**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RONALD SATISH EMRIT,

    Plaintiff,

v.                                                                                          Case No: 8:19-cv-2562-T-33SPF

UNIVERSAL MUSIC GROUP, ISLAND
DEF JAM GROUP, ESTATE OF SHAKIR
STEWART and RICK ROSS,

    Defendants.

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

✓ IS      related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below: Similar actions filed in California, Iowa, Washington State, and Massachusetts only because there might be jurisdictional issues with regards to substantial copyright infringement

___ IS NOT      related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:

_____  Ronald Satish Emrit (pro se)
Counsel of Record or *Pro Se* Party
    [Address and Telephone]