# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MIDDLE FLORIDA
## (801 North Florida Avenue, Tampa, FL 33602)

Ronald Satish Emrit
Plaintiff (Pro Se)

v.

Universal Music Group (UMG), Island Def Jam Group, Rick Ross, & Estate of Shakir Stewart,
Defendants

C.A. No.: 8:19cv2562

## MOTION TO SUBPOENA WITNESSES PURSUANT TO RULE 45 of FRCP

COMES NOW, the plaintiff Ronald Satish Emrit who is bringing forth this motion to subpoena witnesses in accordance with Rule 45 of the Federal Rules of Civil Procedure (FRCP). In bringing forth this motion, the plaintiff states, avers and alleges the following:

1.) The plaintiff argues that Rick Ross and his producers should be subpoenaed and also should be served with a subpoena duces tecum to disclose their wav files and/or mp3's.

(1)

2.) The plaintiff's producers/engineers should also be served with a subpoena and/or subpoena duces tecum.

3.) Pursuant to Rule 201 of the Federal Rules of Evidence (FRE), Judge Virginia Hernandez-Covington and Magistrate Judge Sean Flynn should take judicial notice that Nick Garrett and D-Rail of the Garrett Music Academy in Owings, Maryland (Calvert County) produced, mixed, and mastered the plaintiff's song "Dilemma."

4.) Although the plaintiff is not completely sure, he thinks that D-Rail and Nick Garrett used Pro Tools and Mackie as opposed to Digital Performer and ADAT Machine used by the plaintiff's other producer, i.e. Stanley Frank of TKG Production in Owings Mills, Maryland.

WHEREFORE, the plaintiff is now bringing forth this motion to subpoena witnesses pursuant to Rule 45 of the Federal Rules of Civil Procedure (FRCP). Accordingly, the plaintiff has already spoken with attorney Griffin Klema (Tampa, FL-based attorney that represents Rick Ross which involves a conflict of interest and perhaps imputed disqualification for any attorney with his law firm to be a zealous advocate on behalf of the plaintiff with regards to this copyright dispute involving Rick Ross's song "Billionaire" and plaintiff's song "Dilemma."

②

Respectfully submitted,

_Ronald Satish Emnit_
Ronald Satish Emnit
5108 Cornelias Prospect Drive
Bowie, Maryland 20720
(703) 936-3043
einsteinrockstar@hotmail.com
einsteinrockstar2@outlook.com

(3)